■ Susan Ormsby, Respondent, v 750 Seventh Avenue LLC et al., Appellants, et al., Defendant. [29 NYS3d 789]—

Order, Supreme Court, Bronx County (Alexander W. Hunter, Jr., J.), entered October 9, 2015, which denied the motion of defendants 750 Seventh Avenue LLC and Hines Interest Limited Partnership for summary judgment dismissing the complaint, unanimously reversed, on the law, without costs, and the motion granted. The Clerk is directed to enter judgment accordingly.

Plaintiff alleged that she was struck on the head by a piece of ice that fell from a building owned and managed by defendants. At her deposition, however, she testified that she did not know the nature of the object that struck her in the head, and did not know its provenance. Accordingly, her claim that the object was both a piece of ice and that it came from defendants' premises was entirely speculative, justifying dismissal of her claim (*see e.g. Harrison v New York City Tr. Auth.*, 94 AD3d 512, 513 [1st Dept 2012]). Concur—Mazzarelli, J.P., Renwick, Saxe, Gische and Kahn, JJ.